JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RITA ROSE MAES,

                      Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                      Defendant.

Case No. CV 22-8783 PVC

**ORDER OF DISMISSAL**

    Pursuant to the parties' Stipulation for Voluntary Dismissal, IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATED:  April 4, 2023

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE